UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CAUSE NO. 3:09-CR-00030(01) RM |
| ) | |
| HEATHER MARVIN ) | |

ORDER

No objections have been filed to the magistrate judge's findings and recommendations upon a plea of guilty issued on October 22, 2009. Accordingly, the court ADOPTS those findings and recommendations [docket # 33], ACCEPTS defendant Heather Marvin's pleas of guilty, and FINDS the defendant guilty of Counts 5 and 8 of the Indictment, in violation of 18 U.S.C. § 1344.

SO ORDERED.

ENTERED:  November 16, 2009

/s/ Robert L. Miller, Jr.
Chief Judge
United States District Court